

# IN THE
# TENTH COURT OF APPEALS

No. 10-13-00026-CV

**ELIZABETH CADY, INDIVIDUALLY AND
ON BEHALF OF THE ESTATE OF DONALD
JASON WILDE, DECEASED,**

                                                            **Appellant**

 **v.**

**JIMMIE LEE CARGILE AND TEXAS PREMIER
RESOURCES, LLC,**

                                                            **Appellees**

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. C201100149

## O R D E R

This appeal was referred to mediation on June 5, 2014. Mediation was to take place by July 28, 2014. Appellants have requested an extension of time to conduct mediation or to conduct the mediation by telephone. Appellees do not oppose this motion.

Accordingly, appellants' motion for extension of time to conduct mediation is granted. Appellants' motion to conduct mediation by telephone is denied. Mediation is ordered to occur by November 30, 2014. All other provisions of the Court's Order dated June 5, 2014 remain in place.


PER CURIAM


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed September 4, 2014

